Date: 09/11/09

R# 1490 32
Page:

# DIVIDENDS REMITTED TO THE COURT

Check Number 111 Dated 09/11/09

Case Number 09-11515 - GIELING, JEFFREY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren MI 48090** | **000004** | 135.38 | 4.86 |
| **Recovery Management Systems Corporation**<br>**For Capital Recovery III LLC**<br>**As Assignee of MCI Communications Servic**<br>**25 SE 2nd Avenue Suite 1120**<br>**Miami FL 33131** | **000007** | 100.62 | 3.61 |

*Check # 111* (handwritten)

---------- Remittance Total --------------

**236.00**   **8.47**

DAVID O. SIMON, TRUSTEE

09 SEP 15 PM 2: 54
FILED BY COURT
CLEVELAND
OHIO